IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00157-PAB-MJW

DEREK SCOTT, individually and on behalf of others similarly situated,

    Plaintiff,

v.

HONEYWELL INTERNATIONAL INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on a Motion to Dismiss [Docket No. 23] filed by defendant Honeywell International, Inc.  On April 28, 2014, plaintiff's amended complaint [Docket No. 29] was accepted for filing.  Thus, as of April 28, 2014, the operative pleading is plaintiff's amended complaint.  Defendant's motion to dismiss is therefore directed at an inoperative, superseded pleading.  *See, e.g., Gilles v. United States,* 906 F.2d 1386, 1389 (10th Cir. 1990) ("[A] pleading that has been amended under Rule 15(a) supersedes the pleading it modifies . . . .") (internal quotation marks omitted).  As such, defendant's motion to dismiss is moot.  Therefore, it is

    **ORDERED** that defendants' motion to dismiss [Docket No. 23] is **DENIED** without prejudice as moot.

    DATED April 29, 2014