IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:14-cv-00157-PAB-~~CBS~~ MJW

DEREK SCOTT, individually and on behalf of
others similarly situated,

        Plaintiff,

v.

HONEYWELL INTERNATIONAL INC., a
Delaware corporation,

        Defendant.

---

## ORDER GRANTING PARTIES' JOINT MOTION FOR EXTENSION OF TIME (Docket no. 56)

---

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Extension of Time, filed June 15, 2015, is **GRANTED**, and the dates set forth in the Scheduling Order (Dkt. 50) are amended as follows:

1. The discovery deadline is extended from October 30, 2015 to **February 29, 2016.**

2. The dispositive motion deadline is extended from October 31, 2016 to **March 3, 2017.**

3. Expert Witness Disclosure:

    a. The deadline for Plaintiff to designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) is extended from December 7, 2015 to **April 7, 2016.**

    b. The deadline for Defendant to designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) is extended from January 15, 2016 to **May 16, 2016.**

    c.    The deadline for disclosing Rebuttal experts is extended from February 16, 2016 to **July 15, 2016.**

4.    Class Certification:

    a.    The deadline for Plaintiff's Motion for Class Certification is extended from April 15, 2016 to **August 15, 2016.**

    b.    The deadline for Defendant's Opposition to Class Certification is extended from May 16, 2016 to **September 15, 2016.**

    c.    The deadline for Plaintiff's Reply on Class Certification is extended from June 15, 2016 to **October 14, 2016.**

5.    A telephone status conference will be held in this case on **July 28, 2015 at 9:30 a.m.** (mountain time) to discuss the status of discovery, and settlement discussions.

DATED at Denver, Colorado, this 30th day of June, 2015.

BY THE COURT:

Honorable Michael J. Watanabe
U.S. Magistrate Judge
District of Colorado