IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00157-PAB-MJW

DEREK SCOTT, individually and on behalf of others similarly situated,

Plaintiff,

v.

HONEYWELL INTERNATIONAL, INC., a Delaware corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

       It is hereby ORDERED that the Joint Motion [regarding protective order] (docket no. 65) is GRANTED finding good cause shown.  The written Protective Order (docket no. 65-1) is APPROVED as amended in paragraphs 11 and 19 and made an Order of Court.

Date: October 5, 2015